CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

WILLIAM S. HONG (Bar No. 224214)
wsh@verislaw.com
VERIS LLP
1020 Crocker Street, 4th Floor
Los Angeles, California 90021
Telephone: (323) 448-0517
Facsimile: (213) 417-4665
wsh@verislaw.com
Attorneys for Defendants
3 Alameda Plaza LLC, Daiso California LLC and LTMP, Inc

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br>　　v.<br><br>3 ALAMEDA PLAZA, LLC, a California Limited Liability Company; LTMP, INC, a California Corporation; DAISO CALIFORNIA. a California Limited Liability Company; and DOES 1-10,<br><br>　　　　Defendants, | Case: 2:18-CV-02540-JFW-FFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 30, 2018                CENTER FOR DISABILITY ACCESS

                                       By:  /s/ Phyl Grace
                                           Phyl Grace
                                           Attorneys for Plaintiff

Dated:  August 27, 2018                VERIS, LLP

                                       By: _____

                                           William S. Hong
                                           Attorney for Defendants
                                           3 Alameda Plaza LLC,
                                           Daiso California LLC and
                                           LTMP, Inc.